IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CREDIBLE POOLS, LLC,** | ) | |
| | ) | 2:24-CV-43-CB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MAURA SOUTH** and **CONTINENTAL CASUALTY COMPANY**, | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## FIRST AMENDED COMPLAINT

Credible Pools, LLC, through counsel, avers as follows:

**I.   Parties and Venue**

1. Plaintiff Credible Pools, LLC is a Pennsylvania limited liability company whose primary place of business is located at 13370 Lincoln Way, Irwin, PA 15642.

2. Defendant Maura South is an adult individual who resides at 12710 Terrie Drive, North Huntingdon, PA 15642.[1]

3. Defendant Continental Casualty Company ("CNA") is a foreign insurance company whose primary place of business is located at 151 N. Franklin St., Chicago, IL 60606.

4. Venue is appropriate in Allegheny County because defendant CNA conducts business herein on a regular and continuing basis.

**II.   Facts Common to All Counts**

5. Plaintiff Credible Pools LLC is in the business of selling, installing and maintaining swimming pools, hot tubs and spas.

---

[1] Defendant Maura South was inadvertently identified as Mara Smith in Plaintiff's original complaint. Prior to Defendant's removal, Maura South agreed to accept service of the original complaint on January 8, 2024. (Exhibit "2")

1

6. On July 19, 2022, two employees of plaintiff were operating a company van on US-30 in Irwin, Pennsylvania.

7. Near the Sheetz located at 13700 US-30, Irwin, Pennsylvania, defendant South caused her vehicle to cross lanes into oncoming traffic where her vehicle crashed into the van operated by plaintiff's employees.

8. As a result of this accident, plaintiffs employees suffered extensive injuries and were unable to work for an extended period of time.

9. As a result of the accident, plaintiff's company van and a large amount of equipment and inventory was damaged.

10. As a result of the injuries to its employees and because of the damage to plaintiff's inventory and equipment, plaintiff lost substantial amounts of sales and income.

11. As a direct and proximate result of the accident, plaintiff lost $304,073.70 in business income and/or equipment damage.

## COUNT I

### Credible Pools, LLC v. Maura South

### NEGLIGENCE

12. Plaintiff incorporates the foregoing paragraphs as if set forth at length.

13. Defendant South was negligent in that she permitted her vehicle to cross into a lane of oncoming traffic and collide with plaintiff's van.

14. As a direct and proximate result of her negligence, plaintiff has lost approximately $304,073.70 in business income.

**WHEREFORE**, Plaintiffs prays for judgment in its favor and against defendant South in an amount of $304,073.70 exclusive of interests and costs.

## COUNT II

## Credible Pools, LLC v. Continental Casualty Company

### BREACH OF INSURANCE CONTRACT

15. Plaintiff incorporates the foregoing paragraphs as if set forth at length.

16. Plaintiff entered into an insurance contract with defendant CNA. A true and correct copy of the policy in force as of July 19, 2022 is attached hereto as Exhibit "1".

17. The policy of insurance provided for coverage for loss of income associated interruptions to plaintiff's business as a result of accidental losses.

18. Following the accident of July 19, 2022, plaintiff submitted a claim for business interruption insurance benefits for income plaintiff lost as a result of the foregoing accident.

19. At all times relevant hereto, plaintiff met all of its obligations and fulfilled all of its obligations in order for its business interruption insurance policy with defendant to come into and remain in force.

20. Plaintiff submitted evidence to defendant that is had lost hundreds of thousands of dollars in income as a result of the covered accident. CNA, however, only paid plaintiff a total of $62,845.76.

21. Defendant CNA's failure to pay the full amount of business interruption insurance benefits it owes to plaintiff constitutes a wrongful breach of insurance contract.

**WHEREFORE**, Plaintiff prays for judgment in its favor and against the defendant Continental Casualty Company and an award of damages in the amount of $241,227.94 exclusive of interests and costs.

## COUNT III

### Credible Pools, LLC v. Continental Casualty Company

### BAD FAITH INSURANCE PRACTICES, 42 Pa. C.S. § 8371

22. The foregoing paragraphs are incorporated herein as if set forth at length.

23. Defendant CNA lacked a reasonable basis in determining that plaintiff was only entitled to $62,845.76 in business interruption insurance benefits.

24. Of note, defendant CNA was reckless in making this determination as it failed to consider the nature of plaintiff's business which is primarily seasonable.

25. Defendant CNA further was reckless in disregarding the extensive damage that plaintiff's equipment sustained.

26. Consequently, plaintiff respectfully requests that the Court order the following relief:

   a. That Defendant be ordered to pay the value of the damage to plaintiff's home as provided for in its Policy;

   b. Punitive Damages.

   c. Interest.

   d. Attorney fees and costs.

**WHEREFORE**, plaintiff demands judgment in its favor and against defendant in an amount exceeding $50,000.00, an award of punitive damages and an award of attorneys' fees in addition to interests and costs.

### JURY TRIAL DEMANDED AS TO ALL COUNTS SOUNDING IN LAW

Respectfully submitted,

**PRAETORIAN LAW GROUP, LLC**

   /s/ Peter T. Kobylinski
Peter T. Kobylinski, Esquire

*Attorneys for Plaintiff*

Dated: February 6, 2024

5